PER CURIAM. We think that the plaintiff was entitled to a commission upon written interrogatories to obtain the testimony of the witness in London, and to a stay of the trial for such a time as will enable him to have the commission executed. If the commission is not returned within a reasonable time, the plaintiff may then apply at Special Term to vacate the stay. The order is therefore reversed, with $10 costs and disbursements, and the motion granted to the extent above stated.

CASOMANO, Respondent, v. FRANK et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 15, 1914.) Action by Alfonso Casomano against David Frank and others, copartners, etc. No opinion. Judgment and order unanimously affirmed, with costs.

CASPARY, Respondent, v. HATCH, Appellant. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Alfred H. Caspary against Edward Hatch, Jr. L. W. Severy, of New York City, for appellant. F. F. Neuman, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 157 App. Div. 679, 142 N. Y. Supp. 785.

CASTALL, Respondent, v. NEW YORK, O. & W. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 20, 1914.) Action by Frank Castall against the New York, Ontario & Western Railway Company. No opinion. Judgment affirmed, with costs.

CATERSON, Appellant, v. PARADISO et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 21, 1914.) Action by Sarah J. Caterson, as administratrix of the estate of John M. Caterson, deceased, against Giovina Paradiso and others. No opinion. Judgment unanimously affirmed, with costs.

In re CEBULSKY. (Supreme Court, Appellate Division, First Department. April 17, 1914.) In the matter of Jacob Cebulsky, an attorney. No opinion. Referred to official referee. Settle order on notice.

CHAPMAN, Respondent, v. NUGENT, Appellant. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by Melville D. Chapman against C. Franklyn Nugent. J. W. Tobey, of New York City, for appellant. B. D. Whedon, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CHASEN, Respondent, v. ASTORIA LIGHT, HEAT & POWER CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 27, 1914.) Action by Max Chasen against the Astoria Light, Heat & Power Company.
PER CURIAM. Plaintiff's reaching his arm beneath the belting and along the face of the revolving pulley to apply a cling material, so as to make the pulley engage the belting, was incurring needlessly the obvious risk of his arm being drawn into the pulley. His own testimony, therefore, showed that plaintiff was not in "the exercise of due care and diligence at the time," within Labor Law (Consol. Laws, c. 31) § 200, so that at the close of the whole case defendant might properly have moved for the direction of a verdict. Although contributory negligence did appear, still it is not stated that the case as settled contains the exceptions taken by respondent. Hence, under Finney v. National Fireproofing Co., 153 App. Div. 1, 138 N. Y. Supp. 73; 208 N. Y. 625, 102 N. E. 1103, the proper disposition is to grant a new trial, and not direct final judgment, under section 1317, Code Civ. Proc. The judgment, and order denying a new trial, are therefore reversed, and a new trial granted, costs to abide the event. See, also, 147 N. Y. Supp. 1103.

JENKS, P. J., not voting.

CHASEN, Respondent, v. ASTORIA LIGHT, HEAT & POWER CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 27, 1914.) Action by Max Chasen against the Astoria Light, Heat & Power Company. No opinion. Motion denied, without costs. See, also, 147 N. Y. Supp. 1103.

In re CHRISTEY. (Supreme Court, Appellate Division, Fourth Department. March 25, 1914.) In the matter of the application of Arthur B. Christey for a writ of mandamus to John F. Cochrane, as Comptroller of the City of Buffalo, and Joseph M. Gleason. No opinion. Order affirmed, with costs. For opinion below, see, 84 Misc. Rep. 172, 145 N. Y. Supp. 685. Order reversed by Court of Appeals, 105 N. E. 419.

CICIARELLI, Respondent, v. BIXBY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 13, 1914.) Action by Martina Ciciarelli, as administratrix, against James W. Bixby and others.
PER CURIAM. Order affirmed, with costs.
MERRELL, J., not sitting.

CITY OF NEW YORK v. UVALDE ASPHALT PAVING CO. et al. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by the City of New York against the Uvalde Asphalt Paving Company and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 157 App. Div. 921, 142 N. Y. Supp. 1112.

CLARKE et al. v. BECKER et al. (two cases). (Supreme Court, Appellate Division, Fourth Department. March 18, 1914.) Action by John Victor Clarke and another against Lucile C. Becker, individually and as administratrix, etc., and others. No opinion. Order affirmed, with $10 costs and disbursements. Leave to appeal to Court of Appeals denied, 147 N. Y. Supp. 1103.

CLARKE et al., Respondents, v. BECKER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 6, 1914.) Action by John Victor Clarke and another

against Lucile C. Becker, individually and as administratrix, etc., and others. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. For former decision, see 147 N. Y. Supp. 1103.

CLAUSON et al., Appellants, v. CLAUSON et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 15, 1914.) Action by John H. Clauson and another against Henry P. Clauson and others. No opinion. Judgment affirmed, with costs.

CLEMENT et al. v. SARATOGA HOLDING CO. et al. (Supreme Court, Appellate Division, Third Department. May 21, 1914.) Action by John B. Clement and another, as executors, etc., against the Saratoga Holding Company and others.
PER CURIAM. Judgment modified, by providing that it shall not prejudice the rights of any of the parties to make claim for any surplus moneys which may remain in the hands of the trustee in bankruptcy after all the creditors of the Holding Company are paid, together with the fees and expenses of the trustee, and the provisions of the judgment fully performed. See, also, 146 N. Y. Supp. 1087.

COFFIN v. TEVIS. RAMBAUT v. SAME. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Actions by George M. Coffin and by Thomas D. Rambaut against William S. Tevis. No opinion. Motions to dismiss appeals denied, without costs. Orders filed. See, also, 150 App. Div. 925, 135 N. Y. Supp. 1105.

COHN v. TANNER MOTOR CAR CO. (Supreme Court, Appellate Division, First Department. April 9, 1914.) Action by Isaac J. Cohn against the Tanner Motor Car Company. No opinion. Motion granted, with $10 costs, unless appellant comply with terms stated in order. Order filed. See, also, 147 N. Y. Supp. 574.

COLARRISI, Respondent, v. POTATO CREEK R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 13, 1914.) Action by Pitero Colarrisi, an infant, etc., against the Potato Creek Railroad Company.
PER CURIAM. Judgment and order affirmed, with costs.
FOOTE, J., dissents, upon the ground that no negligence of Brice was shown.

COLE, Respondent, v. HARRIS, Appellant. (Supreme Court, Appellate Division, Second Department. May 25, 1914.) Action by Ashley T. Cole against William M. Harris. No opinion. Order granting new trial unanimously affirmed, with costs. See Azzara v. Nassau Electric R. R. Co., 134 App. Div. 167, 118 N. Y. Supp. 830.

COLOMBET, Appellant, v. TOURAINE CO., Respondent. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Jean B. Colombet against the Touraine Company. H. A. Andrewes, of New York City, for appellant. L. G. McAneny, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

COMER, Appellant, v. CONEY ISLAND & B. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 25, 1914.) Action by John T. Comer against the Coney Island & Brooklyn Railroad Company. No opinion. Order affirmed, costs to abide the event.

COMESKY et al., Respondents, v. FELLOWS, Appellant. (Supreme Court, Appellate Division, Third Department. May 21, 1914.) Action by Stephen Comesky and James B. Morier, copartners doing business under the firm name and style of Comesky & Morier, against J. Frank Fellows. No opinion. Motion denied. See, also, 161 App. Div. 23, 146 N. Y. Supp. 275.

COMMISSIONER OF PUBLIC CHARITIES OF CITY OF NEW YORK, Respondent, v. SANDMAN, Appellant. (Supreme Court, Appellate Division, Second Department, May 1, 1914.) Action by the Commissioner of Public Charities of the City of New York, on complaint of Lillian Rushford, against Milton Sandman. No opinion. Order of filiation of the Court of Special Sessions affirmed.

CONAHAN, Respondent, v. TERRY & TENCH CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 15, 1914.) Action by Daniel Conahan against the Terry & Tench Company.
PER CURIAM. The order excludes from the examination portions of plaintiff's history peculiarly within his knowledge, and his physical conditions at periods that should be known to determine the nature, extent, or progress of his injury. Order modifying the order of examination reversed, with $10 costs and disbursements, with direction that plaintiff appear for examination upon two days' notice to his attorneys.

CONDESSO, Respondent, v. RAY PUBLISHING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 18, 1914.) Action by Lizzie Condesso against the Ray Publishing Company.
PER CURIAM. Judgment and order affirmed, with costs.
MERRELL, J., dissents, upon the ground that the verdict is excessive.

CONTENT et al., Respondents, v. ROBERTSON, Appellant. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by Harry Content and others against Sarah L. Robertson. A. Benedict, of New York City, for appellant. H. L. Scheuerman, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

COPLAND–RAYMOND CO., Respondent, v. GOTTFRIED et al., Appellants. (Supreme Court, Appellate Division, First Department. May 29, 1914.) Action by the Copland-Ray-